Appeal No. 13635 from Judgment dated March 26,1992, Joe N. Pigott, Ruling Judge, Pike County Circuit Court.
Jack G. Price, MeComb, Bruce A. Thompson, Pitkin, LA, for appellants.
Michael C. Moore, Attorney General, Jackson, Jeffrey A. Klingfuss, Sp. Ass’t Attorney General, Jackson, for appellee.
Before BRIDGES, P.J., DIAZ and McMILLIN, JJ.
Affirmed.
FRAISER, C.J., COLEMAN and THOMAS, P.JJ., BARBER, KING, PAYNE and SOUTHWICK, JJ., concur.